UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-130 |
| v. | * | SECTION: "M" |
| BRIAN ADAMS | * | |

\* \* \*

## FACTUAL BASIS

The above-named defendant, **BRIAN ADAMS,** has agreed to plead guilty to Count One of the Indictment, in which he is charged with transmitting threatening communications in violation of 18 U.S.C. § 875(c). Should this matter have proceeded to trial, the United States of America would have proven beyond a reasonable doubt, through the introduction of relevant, competent, and admissible testimonial, physical and demonstrative evidence, the following facts to support the allegation against defendant **BRIAN ADAMS ("ADAMS")**:

On October 14, 2020, the Laureate Academy Charter School ("LACS"), a public charter school based in Harvey, Louisiana, had implemented certain protocols due to the COVID-19 pandemic that included conducting class virtually over Zoom[1] for most of its students. On that date, one of the fifth-grade classrooms was taught virtually by a teacher ("Victim-1") and an assistant teacher ("Victim-2"). Victim-1 is African American. Approximately twenty-two (22) fifth grade students were attending the class taught by Victim-1 and Victim-2 via Zoom, the majority of whom were African American. Victim-1 was the host of the Zoom classroom, and

---

[1] Zoom is an online videoconferencing and chat application operated by Zoom Video Communications, Inc., based in San Jose, California.

Page **1** of **3**



AUSA
Defendant
Defense Counsel

Victim-1 was physically located in the Eastern District of Louisiana. Victim-2 and the vast majority, if not all, of the students were located in the Eastern District of Louisiana at the time.

That morning, **ADAMS** entered the Zoom virtual classroom without permission utilizing the user name "Nick Gur." This was brought to the teacher's attention by one of the students. Victim-1, believing that the name phonetically sounded like a racial epithet, ended the class and sent a new Zoom link to the students. When class resumed, **ADAMS** again entered the Zoom virtual classroom without permission utilizing the user name "alex jones." **ADAMS** stated, "You all are a bunch of dirty niggers." **ADAMS** continued, "Yeah, I'm gonna hang you by the tree you dirty niggers. I'm gonna hang you by the tree you dirty niggers. I'm gonna hang you by the tree." Victim-2 then muted all of the participants on the video conference. Subsequently, one of the teachers stated, "I'm extremely, like, uncomfortable." The other teacher stated, "I think we need to end the call and then come back." In response, **ADAMS** unmuted and stated, "who cares if you're uncomfortable, nigger. Fuck you, you fat motherfucker." **ADAMS** continued, "Holy shit, ya'll teachers are fucking fat, what the hell. Like, come on bruh. This ain't Detroit now, come on now." **ADAMS** was then ejected from the Zoom meeting. All of **ADAMS's** statements were audible to the attendees. **ADAMS** acknowledges that his statements constituted serious statements expressing an intention to injure.

**ADAMS** utilized an application to record a video of his computer screen during the incident, which was later posted to **ADAMS's** YouTube account with the title "Zoom Busted." That video showed that during the incident, **ADAMS** conducted several searches for images of swastikas.

AUSA
Defendant
Defense Counsel

The internet protocol ("IP") address associated with the "alex jones" Zoom account was hosted by Foothills Communications, an internet service provider based in Kentucky. Records from Foothills Communications revealed that the IP address was associated with **ADAMS's** residence in Paintsville, Kentucky. Consequently, FBI agents determined that **ADAMS** was located in the state of Kentucky at the time of the incident.

On November 3, 2021, FBI agents executed a federal search warrant signed in the Eastern District of Kentucky at **ADAMS's** residence in Paintsville. At the residence, agents seized electronic devices, including a cellular phone and a desktop computer. **ADAMS** was advised of his *Miranda* warnings and interviewed by FBI agents. During the interview, **ADAMS** admitted that he was the individual who accessed the Zoom classroom. When asked what he did after entering the virtual classroom, **ADAMS** said, "I said a lot of mean and racist things."

This proffer of evidence is not intended to constitute a complete statement of all facts known by **ADAMS**, but rather is a minimum statement of facts intended to prove the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal and factual basis for **ADAMS's** plea of guilty to this crime.

**READ AND APPROVED:**

_____          6/20/24
BRIAN ADAMS                             Date
Defendant


_____          6/20/24
CLAUDE J. KELLY                         Date
Attorney for Defendant


_____          6/20/24
TRACEY N. KNIGHT                        Date
Assistant United States Attorney